In the Matter of DAVID A. FAY, Appellant. THOMAS E. DEWEY, as Governor of the State of New York, et al., Respondents.

Argued March 10, 1954; decided April 15, 1954.

*David A. Fay,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* of counsel), respondent in person, for Thomas E. Dewey and another, respondents.

*William J. O'Shea* for Democratic State Committee, *amicus curiæ.*

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel, Thomas W. A. Crowe* and *Milton H. Harris* of counsel), for Board of Elections of the City of New York, *amicus curiæ.*

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.